LAW OFFICES OF GLENN R. WILSON
**Glenn R. Wilson, Bar # 183727**
2141 Tuolumne Street, Suite B
Fresno, CA 93721
Ph:  (559) 237-LAWS (5297)
Fax: (559) 268-LAWS (5297)

Attorney for Claimant: MONICA PADILLA

FILED
MAY 10 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

--ooo0ooo--

| UNITED STATES OF AMERICA, | ) | Case No.: 1:06-CR-00059 AWI |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER REGARDING MODIFICATION OF PRETRIAL CONDITIONS AS TO "TRAVEL RESTRICTIONS" TO INCLUDE TRAVELING TO CANCUN, MEXICO.** |
| MONICA PADILLA, | ) | |
| Defendant. | ) | |

It is hereby stipulated between the parties that the defendant, MONICA PADILLA's pretrial release conditions as to "travel restrictions", be modified to include traveling to Cancun, Mexico on June 4, 2007 through June 9, 2007.

Ms. Padilla will be staying at Fiesta Americana Grand Coral Beach, Boulevard Kukulcan Km 95, Cancun, Mexico, telephone number is 1-800-246-8357.

Dated: 5/4/07

Glenn R. Wilson
Attorney for Defendant, Monica Padilla

Dated: 5/9/07

Karen A. Escobar
Attorney for Plaintiff, United States of America

## ORDER

IT IS SO ORDERED, that Defendant, Monica Padilla's pretrial release conditions regarding travel restrictions is hereby modified to include traveling to Cancun, Mexico from June 4, 2007 through June 9, 2007.

Dated: 5-9-07

UNITED STATES DISTRICT JUDGE