1

2   LAW OFFICES OF GLENN R. WILSON
    **Glenn R. Wilson, Bar # 183727**
3   2141 Tuolumne Street, Suite B
    Fresno, CA  93721
4   Ph:    (559) 237-LAWS (5297)
    Fax:   (559) 268-LAWS (5297)

5   Attorney for Claimant: MONICA PADILLA

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                              --oOo0ooo--

11  UNITED STATES OF AMERICA,          )   Case No.:  1:06-CR-00059 AWI
                                       )
12             Plaintiff,              )
                                       )
13  v.                                 )   **STIPULATION AND ORDER**
                                       )   **REGARDING MODIFICATION OF**
14                                     )   **PRETRIAL CONDITIONS AS TO**
    MONICA PADILLA,                    )   **"TRAVEL RESTRICTIONS" TO**
15             Defendant.              )   **INCLUDE TRAVELING TO**
                                       )   **CANCUN, MEXICO.**
16                                     )
                                       )
17                                     )
                                       )
18                                     )
                                       )
19                                     )
                                       )
20                                     )
                                       )
21                                     )
                                       )
22  _____)

23      It is hereby stipulated between the parties that the defendant, MONICA PADILLA's pretrial

24  release conditions as to "travel restrictions", be modified to include traveling to Cancun, Mexico on

25
    June 4, 2007 through June 9, 2007.
26

27

28

1

2

3       Ms. Padilla will be staying at Fiesta Americana Grand Coral Beach, Boulevard Kukulcan

Km 95, Cancun, Mexico, telephone number is 1-800-246-8357

4    Dated: 5/4/07 _____           _____
                                            Glenn R. Wilson
5                                           Attorney for Defendant, Monica Padilla

6    Dated: 5/9/07 _____           _____
7                                           Karen A. Escobar
                                            Attorney for Plaintiff, United States of America
8

9                              **ORDER**

10       IT IS SO ORDERED, that Defendant, Monica Padilla's pretrial release conditions regarding

11

12   travel restrictions is hereby modified to include traveling to Cancun, Mexico from June 4, 2007

13   through June 9, 2007.

14   Dated: 5-9-07 _____           _____
15                                           UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28