McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street, Ste. 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-cr-0059-AWI |
| Plaintiff, ) | PRELIMINARY ORDER OF |
| ) | FORFEITURE RE REAL PROPERTY |
| v. ) | OF MONICA PADILLA |
| MONICA PADILLA, ) | |
| Defendant. ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Monica Padilla, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 31 U.S.C. § 5317(c)(1), defendant Monica Padilla's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   (a) Real Property located at 3512 West State Highway 140, Merced, California 95340, APN: 059-030-017, including all appurtenances and improvements thereto.

2. The above-listed property was involved in or is

1

1  traceable to violations of 31 U.S.C. §§ 5313, 5324(a)(2) and
2  5324(d), and 31 C.F.R. § 103.11.
3       3.   Pursuant to Rule 32.2(b), the Attorney General (or a
4  designee) shall be authorized to seize the above-listed property.
5  The aforementioned property shall be seized and held by the
6  Department of Treasury, in its secure custody and control.
7       4.   a.   Pursuant to 31 U.S.C. § 5317(c)(1)(B),
8  incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the
9  United States forthwith shall publish at least once for three
10 successive weeks in the <u>Merced Sun-Star</u> (Merced County), a
11 newspaper of general circulation located in the county in which
12 the above-listed property was seized and/or located, notice of
13 this Order, notice of the Attorney General's and/or Secretary of
14 Treasury's (or a designee's) intent to dispose of this property
15 in such manner as the Attorney General and/or the Secretary of
16 Treasury may direct, and notice that any person, other than the
17 defendant, having or claiming a legal interest in the above-
18 listed property must file a petition with the Court within thirty
19 (30) days of the final publication of the notice or of receipt of
20 actual notice, whichever is earlier.
21           b.   This notice shall state that the petition shall be
22 for a hearing to adjudicate the validity of the petitioner's
23 alleged interest in the property, shall be signed by the
24 petitioner under penalty of perjury, and shall set forth the
25 nature and extent of the petitioner's right, title or interest in
26 the property and any additional facts supporting the petitioner's
27 claim and the relief sought.
28           c.   The United States may also, to the extent

practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 31 U.S.C. § 5317(c)(1) in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   May 15, 2007**             **/s/ Anthony W. Ishii**
                                                 UNITED STATES DISTRICT JUDGE