Tres A. Porter, SBN 225115
2141 Tuolumne, Suite B
Fresno, CA 93721
Telephone: (559) 237-3075
Fax: (559) 237-3559
e-mail: tporter@porterfarmlaw.com

**FILED**

JUL 22 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

Attorney for Defendant, MONICA PADILLA

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITES STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MONICA PADILLA, *et al.*, ) <br> ) <br> Defendant(s) ) | NO.: CR-06-00059AW1 <br><br> **ORDER FOR REFUND OF BAIL** |

AND NOW, this 22 day of July, 2011, it is ORDERED that the Clerk of this Court shall return to Defendant Monica Padilla all the bail deposits posted by Monica Padilla on her own behalf in the above captioned case.

_____
Judge

1

United States of America v. Monica Padilla, et al.
ORDER ON MOTION FOR REFUND OF BAIL

1:06CR00059 AWI