1  Tres A. Porter, SBN 225115
   2141 Tuolumne, Suite B
2  Fresno, CA 93721
   Telephone: (559) 237-3075
3  Fax:       (559) 237-3559
   e-mail: tporter@porterfarmlaw.com
4

FILED
FEB 03 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

LODGED
JAN 30 2012
iA
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

5
6  Attorney for Defendant, MONICA PADILLA
7
8                    UNITED STATES DISTRICT COURT
9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITES STATES OF AMERICA       )   NO.: CR-06-00059AWI
                                  )
12              Plaintiff,         )
                                  )   ORDER FOR REFUND OF BAIL
13 vs.                            )
                                  )
14 MONICA PADILLA, et al.,        )
                                  )
15              Defendant(s)      )
                                  )
16 _____)
17
18    AND NOW, this 3rd day of February, 2012, it is ORDERED that the Clerk of this
19 Court shall return to Defendant, Monica Padilla ALL the bail deposits posted on her behalf,
20 including, but not limited to any funds posted by Richard Smith on her behalf in the above
21 captioned case.
22
23
24                                          _____
                                            Judge
25
26
27
28
   1

United States of America v. Monica Padilla, et al.                    1:06CR00059 AWI
ORDER ON MOTION FOR REFUND OF BAIL